MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH FAZIOLI (CABN 275564)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5595
  Facsimile: (408) 535-5081
  E-Mail:  joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR 11-00955 LHK |
| Plaintiff,   ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v.   ) | |
| LINDA GOMEZ,   ) | |
| Defendant.   ) | |

   This matter is scheduled before the Court for initial appearance on February 15, 2012. The parties now jointly request a two week continuance to allow the defense a further opportunity to review the discovery materials in this case in order to effectively prepare.  The parties agree, and the Court finds and holds, as follows:

   1.   The February 15, 2012 trial setting hearing is continued to February 29, 2012.

   2.   The time between February 15, 2012 and February 29, 2012 is excluded under the Speedy Trial Act.  The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the

STIPULATION AND [PR~~OPOSED~~] ORDER
CR 11-00955 LHK

1  defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §
2  3161(h)(8)(A).
3  IT IS SO STIPULATED
4  DATED:  2/13/12              /s/
                                CYNTHIA LIE
5                               Attorney for Defendant Gomez
6
7  DATED:  2/13/12              /s/
                                JOSEPH FAZIOLI
8                               Assistant United States Attorney
9  IT IS SO ORDERED.
10 DATED:  2/14/12              Lucy H. Koh
                                LUCY H. KOH
11                              UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
CR 11-00955 LHK                          -2-