IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LINDA GOMEZ,<br><br>　　　　　Defendant. | No. CR-11-00955 LHK<br><br>[PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

　　　Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Wednesday, April 25, 2012, may be continued to Wednesday, May 23, 2012, at 10:00 a.m.

　　　It is further ordered that 28 days, through and including May 23, 2012, may be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective defense preparation and continuity of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: April __3__, 2012

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

[Proposed] Order to Continue Status Hearing　　　　　1