UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LINDA GOMEZ, a/k/a Linda Surrett,<br><br>　　　　　　Defendant. | Case No.: 11-CR-00955-LHK<br><br>ORDER OF RECUSAL |

I, the undersigned Judge of the Court, hereby recuse myself from this case. The matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings. All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: July 13, 2012

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

Case No.: 11-CR-00955-LHK
ORDER OF RECUSAL

1