IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00955 LHK |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR AUTHORIZATION TO RESIDE IN THE DISTRICT OF ARIZONA |
| vs. | ) | |
| | ) | |
| LINDA GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | **The Honorable Paul S. Grewal** |
| _____ | ) | |

Good cause appearing, it is hereby ordered that defendant Linda Gomez shall be permitted to relocate to Chandler, Arizona, in the District of Arizona.

All other conditions remain in full force and effect.

Dated: July 3: , 2012

_____
HON. PAUL S. GREWAL
United States Magistrate Judge

[~~Proposed~~] Order Granting Authorization to
Reside in the District of Arizona                    1