IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00955 DLJ |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER SETTING |
| ) | HEARING AND EXCLUDING TIME |
| vs. ) | UNDER THE SPEEDY TRIAL ACT |
| ) | |
| LINDA GOMEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the parties shall appear for a status hearing on Thursday, August 2, 2012, at 9:00 a.m.

    It is further ordered that six days, through and including August 2, 2012, may be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective defense preparation and continuity of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: August 4, 2012

_____
HON. D. LOWELL JENSEN
United States District Judge