PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | The Honorable Paul S. Grewal<br>U.S. Magistrate Judge | RE: | Gomez, Linda |
| FROM: | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | 5:11-cr-00955-LHK |
| DATE: | August 27, 2012 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| LaDreena Walton | 408-535-5230 |
|---|---|
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

RE:   MODIFICATION OF RELEASE CONDITIONS

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

__ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

__ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

__ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

__ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

x̄x̄xx  Modification(s)

**A. Removal of the condition: Defendant shall seek and maintain employment**

B.

__ Bail Revoked/Bench Warrant Issued.

__ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

__ Other Instructions:

_____
_____
_____

*Paul S. Grewal*
JUDICIAL OFFICER

August 29, 2012
DATE

Cover Sheet (02/07/2011)