1  STEVEN G. KALAR
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant GOMEZ

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,        )   No. CR-11-00955 DLJ
                                    )
11              Plaintiff,          )   STIPULATION TO EXTEND
                                    )   SURRENDER DATE
12 vs.                              )
                                    )
13 LINDA GOMEZ,                     )
                                    )
14              Defendant.          )
   _____)
15

16     Defendant Linda Gomez and the government hereby stipulate and agree that the date for

17 her voluntary surrender to the custody of the Bureau of Prisons may be extended from December

18 4, 2013, to December 11, 2013, at 2:00 p.m. The reason for the requested extension is to permit

19 her to remain out of custody for her family's celebration of her wedding anniversary. United

20 States Pretrial Services has been consulted as to the proposed extension and has no objection.

21

22 Dated: November 21, 2013

23                             s/_____
                               JOSEPH FAZIOLI
24                             Assistant United States Attorney

25

26

1 | Dated: November 14, 2013

2 |                                         s/_____
                                        CYNTHIA C. LIE
3 |                                         Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00955 DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER EXTENDING SURRENDER DATE |
| | ) | |
| vs. | ) | |
| | ) | |
| LINDA GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the date set for defendant Linda Gomez' voluntary surrender to the custody of the Bureau of Prisons shall be extended from December 4, 2013, to December 11, 2013, at 2:00 p.m.

Dated: November 49, 2013

_____
HON. D. LOWELL JENSEN
United States District Judge

[] Order Extending Surrender Date
CR 11-00995 DLJ                                1